[Nos. 29869-4-II; 29988-7-II.   Division Two.   December 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STEPHEN COON, JR., ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 02-1-03592-4 and 02-1-03661-1, Rosanne Buckner, J., entered January 22 and February 19, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.

[No. 30714-6-II.   Division Two.   December 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK LECK II, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00591-4, Leila Mills, J., entered August 1, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 30860-6-II.   Division Two.   December 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SARAH ANN QUINLAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00686-8, Kathryn J. Nelson, J., entered September 8, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 31035-0-II.   Division Two.   December 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HERBERT IVEY, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00433-7, H. John Hall, J., entered October 10, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.